# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

In re: O'Neal, Richard D                    §    Case No. 97-80149-A07
      O'Neal, Helen C.                      §
                                            §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

     MARK K. SUTTON, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $270,922.98<br>*(without deducting any secured claims)* | Assets Exempt:  $35,478.00 |
| Total Distribution to Claimants:$3,606.34 | Claims Discharged<br>Without Payment: $445,327.97 |
| Total Expenses of Administration:$55,252.03 | |

     3)  Total gross receipts of $ 59,108.37 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 250.00 (see **Exhibit 2**), yielded net receipts of  $58,858.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $429,649.63 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,878.43 | 16,878.43 | 16,878.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 93,937.76 | 93,937.76 | 38,373.60 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 117,204.82 | 117,204.82 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 712,663.30 | 448,934.31 | 3,606.34 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,370,333.94 | $676,955.32 | $58,858.37 |

4) This case was originally filed under Chapter 7 on April 08, 1998. The case was pending for 185 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2013         By: /s/MARK K. SUTTON
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| | 1290-010 | 100.00 |
| R/E - 1719 Hwy 1204, Pineville, LA | 1110-000 | 35,000.00 |
| Accounts Receivables | 1129-000 | 17,000.00 |
| Komatsu PC 200 Hydro Excavator | 1129-000 | 250.00 |
| Restitution from Debtor | 1290-000 | 4,840.00 |
| Reimburse remainder of insurance | 1290-000 | 84.01 |
| Interest Income | 1270-000 | 1,834.36 |
| **TOTAL GROSS RECEIPTS** | | **$59,108.37** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark K. Sutton | c/s fees for KDC | 8500-002 | 250.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$250.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ford Motor Credit Company | 4110-000 | N/A | 7,556.55 | 0.00 | 0.00 |
| 7 | John Deere Ind. Equip. Co | 4110-000 | N/A | | 0.00 | 0.00 |
| 8 | John Deere Ind. Equip. Co. | 4110-000 | N/A | 53,756.96 | 0.00 | 0.00 |
| 9 | Ford Motor Credit Company | 4110-000 | N/A | 16,144.96 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company | 4110-000 | N/A | 2,037.90 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company | 4110-000 | N/A | 19,153.44 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 19 | American Security Bank of Ville Platte, Inc. | 4110-000 | N/A | | 0.00 | 0.00 |
| 20 | Rent-It Co. | 4110-000 | N/A | 10,128.00 | 0.00 | 0.00 |
| 36 | American Security Bank of Ville Platte, Inc. | 4110-000 | N/A | 257,327.41 | 0.00 | 0.00 |
| 46 | Dept of the Treasury -IRS | 4110-000 | N/A | 51,544.41 | 0.00 | 0.00 |
| 48 | KDC Financial Limited Partnership | 4110-000 | N/A | 12,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $429,649.63 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK K. SUTTON | 2100-000 | N/A | 6,192.92 | 6,192.92 | 6,192.92 |
| MARK K. SUTTON | 2200-000 | N/A | 385.96 | 385.96 | 385.96 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 300.00 | 300.00 | 300.00 |
| U.S. Trustee | 2950-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Thomas R. Willson | 3210-000 | N/A | 2,617.62 | 2,617.62 | 2,617.62 |
| Thomas R. Willson | 3220-000 | N/A | 481.57 | 481.57 | 481.57 |
| Thomas R. Wilson | 3210-000 | N/A | 1,891.25 | 1,891.25 | 1,891.25 |
| Thomas R. Wilson | 3220-000 | N/A | 374.65 | 374.65 | 374.65 |
| Mark K. Sutton | 2420-000 | N/A | 902.00 | 902.00 | 902.00 |
| Roger M. Cunningham, CPA | 3410-000 | N/A | 495.00 | 495.00 | 495.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 155.00 | 155.00 | 155.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 8.70 | 8.70 | 8.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Mike Haynes, SRA | 3712-000 | N/A | 250.00 | 250.00 | 250.00 |
| Quick Print | 2990-000 | N/A | 48.76 | 48.76 | 48.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,878.43 | $16,878.43 | $16,878.43 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard Anderson | 6700-000 | N/A | 8,775.00 | 8,775.00 | 3,521.27 |
| Leach Cast & Steel | 6990-000 | N/A | 70,300.00 | 70,300.00 | 28,210.30 |
| Dept of the Treasury-IRS | 6990-000 | N/A | 14,093.48 | 14,093.48 | 6,298.25 |
| State of Louisiana | 6990-000 | N/A | 769.28 | 769.28 | 343.78 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $93,937.76 | $93,937.76 | $38,373.60 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | State Of Louisiana | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | Dept of the Treasury-IRS | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | State of Louisiana | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 23 | State of Louisiana | 5900-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | State of Louisiana | 5900-000 | N/A | N/A | 0.00 | 0.00 |
| 27 | Dept. of the Treasury-IRS | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 28 | Dept of the Treasury - IRS | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 30 | State of Louisiana | 5800-000 | N/A | 558.16 | 558.16 | 0.00 |
| 31 | State of Louisiana | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 32 | State of Louisiana | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 35 | State of Louisiana | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 44 | La. Dept of Labor/Employment Sec | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 46 | Dept of the Treasury -IRS | 5900-000 | N/A | 108,929.11 | 108,929.11 | 0.00 |
| 51 | La. Dept ot Labor/Employment Sec | 5800-000 | N/A | 7,717.55 | 7,717.55 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $117,204.82 | $117,204.82 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Excell Recycling & Manufacturing | 7100-000 | N/A | 57,492.17 | 57,492.17 | 0.00 |
| 2 | AIS Continental Equipment Corp | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | Riteway Truck Rental | 7100-000 | N/A | 1,200.00 | 1,200.00 | 0.00 |
| 4 | Ford Motor Credit Co. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | Power Express, Inc. | 7100-000 | N/A | 4,551.22 | 4,551.22 | 0.00 |
| 13 | Chase Manhattan | 7100-000 | N/A | 1,717.67 | 1,717.67 | 0.00 |
| 14 | Jerry Johnson | 7100-000 | N/A | 20,000.00 | 20,000.00 | 0.00 |
| 15 | Davis Motor Crane Services | 7100-000 | N/A | 11,550.00 | 11,550.00 | 0.00 |
| 16 | Primeco, Inc. | 7100-000 | N/A | 17,313.85 | 17,313.85 | 0.00 |
| 21 | Wilson Oil Co., Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 | Head & Enqust Equipment LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 25 | Ford Motor Credit | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 26 | State of Louisiana | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 29 | Truman Arnold Companies | 7100-000 | N/A | 4,019.10 | 4,019.10 | 0.00 |
| 33 | State of Louisiana | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 38 | Dept of the Treausury-IRS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 39 | La Dept of Enviormental Quality | 7100-000 | N/A | 4,500.00 | 4,500.00 | 0.00 |
| 40 | La. Dept of Environmental Quality | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 41 | AIS Continental Equipment Corp. | 7100-000 | N/A | 46,501.39 | 46,501.39 | 0.00 |
| 42 | Wilson Oil Co., Inc. | 7100-000 | N/A | 2,928.42 | 2,928.42 | 0.00 |
| 43 | Greene Welding Supply, Inc | 7100-000 | N/A | 8,038.37 | 8,038.37 | 0.00 |
| 45 | Ford Motor Credit Company | 7100-000 | N/A | 20,110.85 | 20,110.85 | 0.00 |
| 46 | Dept of the Treasury -IRS | 7990-000 | N/A | 37,564.69 | 37,564.69 | 0.00 |
| 47 | W. W. Grainger, Inc. | 7100-000 | N/A | 1,052.56 | 1,052.56 | 0.00 |
| 48 | KDC Finacial Limited Ptn | 7100-000 | N/A | 186,148.83 | 186,148.83 | 0.00 |
| 49 | Head & Engqust Equipment LLP | 7100-000 | N/A | 263,728.99 | 0.00 | 0.00 |
| 51 | La. Dept ot Labor/Employment Sec | 7200-000 | N/A | 1,918.14 | 1,918.14 | 0.00 |
| 52 | Deere Credit Services | 7200-000 | N/A | 11,894.85 | 11,894.85 | 0.00 |
| 53 | Apollo General Ins. Agency, Inc | 7200-000 | N/A | 1,825.86 | 1,825.86 | 0.00 |
| | U.S. Bankruptcy Court | 7100-000 | N/A | 3,606.34 | 3,606.34 | 3,606.34 |

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $712,663.30 | $448,934.31 | $3,606.34 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: | 97-80149-A07 | Trustee:   (380350)   MARK K. SUTTON |
| Case Name: | O'Neal, Richard D | Filed (f) or Converted (c): 04/08/98 (c) |
| | O'Neal, Helen C. | §341(a) Meeting Date: 06/02/98 |
| Period Ending: 08/27/13 | | Claims Bar Date: 10/21/98 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br>Ref. # | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | R/E - 1719 Hwy 1204, Pineville, LA | 55,000.00 | 0.00 | | 35,000.00 | FA |
| 2 | Cash on Hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank Account - Evangeline Bank & Trust | 1,079.98 | 0.00 | DA | 0.00 | FA |
| 4 | Security Deposits | 275.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods | 1,115.00 | 0.00 | DA | 0.00 | FA |
| 6 | DU Prints & Collectibles | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothes | 750.00 | 0.00 | DA | 0.00 | FA |
| 8 | Jewelry | 425.00 | 0.00 | DA | 0.00 | FA |
| 9 | Exercise Equipment | 110.00 | 0.00 | DA | 0.00 | FA |
| 10 | Camcorder & 35mm Cannon | 210.00 | 0.00 | DA | 0.00 | FA |
| 11 | Guns | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 12 | 61% int. in Concrete & Steel Processors, Inc. | 1,525.00 | 0.00 | DA | 0.00 | FA |
| 13 | Accounts Receivables<br>The rest of the A/R are uncollectable | 110,674.11 | 110,674.11 | | 17,000.00 | |
| 14 | 1995 Ford Explorer | 16,438.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1983 Ford One Ton Truck | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1989 Bumper Trailer | 200.00 | 200.00 | DA | 0.00 | FA |
| 17 | 1987 Homemade Flatbed Trailer | 200.00 | 200.00 | DA | 0.00 | FA |
| 18 | 1977 Intl School bus | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1974 Trailmobile Flatbed Trailer | 250.00 | 250.00 | DA | 0.00 | FA |
| 20 | 1979 Flatbed Yellow Iron Trailer | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 21 | 1995 Gooseneck Trailer<br>Wrecked-no value | 800.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1969 Nabors Trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| 23 | 1970 Nabors Trailer | 300.00 | 0.00 | DA | 0.00 | FA |
| 24 | 1978 Nabors Trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1981 MD Flatbed Trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| 26 | 1979 STFD Trailer | 250.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 97-80149-A07  
Case Name: O'Neal, Richard D  
      O'Neal, Helen C.  
Period Ending: 08/27/13

Trustee:  (380350)  MARK K. SUTTON  
Filed (f) or Converted (c): 04/08/98 (c)  
§341(a) Meeting Date: 06/02/98  
Claims Bar Date: 10/21/98

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 1979 Dorsey Trailer-Scrap | 200.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1977 Palt Trailer-Scrap | 200.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1961 Fruehauf Flatbed Trailer-Scrap | 200.00 | 0.00 | DA | 0.00 | FA |
| 30 | 1971 Fruehauf Flatbed Trailer-Scrap | 200.00 | 0.00 | DA | 0.00 | FA |
| 31 | 1969 Hobbs Trailer-Scrap | 200.00 | 200.00 | DA | 0.00 | FA |
| 32 | 1974 Lufkin Trailer | 250.00 | 250.00 | DA | 0.00 | FA |
| 34 | 1994 Utility Trailer | 100.00 | 100.00 | DA | 0.00 | FA |
| 35 | 1993 Kawasaki 2500 Mule | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 36 | 12' Boat | 100.00 | 100.00 | DA | 0.00 | FA |
| 37 | TX Instruments adding machine | 20.00 | 0.00 | DA | 0.00 | FA |
| 38 | Panasonic Fax Machine | 200.00 | 200.00 | DA | 0.00 | FA |
| 39 | 2 wooden desks w/1 office chair | 10.00 | 10.00 | DA | 0.00 | FA |
| 40 | Cannon PC-CRE Coper, 2 lamps | 35.00 | 35.00 | DA | 0.00 | FA |
| 41 | JC Penney Typewriter/Stand | 30.00 | 30.00 | DA | 0.00 | FA |
| 42 | 1993 Bobcat 743 Loader | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 43 | Komatsu PC 200 Hydro Excavator | 20,000.00 | 0.00 | | 250.00 | FA |
| 44 | John Deere Model 544E Front End Loader | 32,000.00 | 0.00 | DA | 0.00 | FA |
| 45 | John Deere 690 DLC Excavator w/Ken Hydraulic Ram | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 46 | 1995 Idromec Sierra 125 Bailer/Logger | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 47 | 1963 Caterpillar 988 Loader | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 48 | Fiat Allis HD41 Dozer | 0.00 | 0.00 | DA | 0.00 | FA |
| 49 | Koehring 325 Truck Crane | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 50 | ucyrus Erie 5W Dragline | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 51 | Manitowoc 4500 Dragline | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 52 | 20,000 tons raw concrete | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 53 | Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 54 | Restitution from Debtor (u)<br>4/27/12 Motion For Authority To Limit Abandonment | Unknown | Unknown | | 4,840.00 | Unknown |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 97-80149-A07 | Trustee: (380350) MARK K. SUTTON |
| Case Name: O'Neal, Richard D | Filed (f) or Converted (c): 04/08/98 (c) |
| O'Neal, Helen C. | §341(a) Meeting Date: 06/02/98 |
| Period Ending: 08/27/13 | Claims Bar Date: 10/21/98 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | of Asset hearing set for June 6, 2012 after Order is approved Trustee will proceed to file TFR and will reserve his rights to any future restitution payments and requests that the Criminal Debt Specialist for the U.S. District Court, Western District of Louisiana keep future restitution payments until they reach a balance of $3,000.00 before remitting to the Bankruptcy Estate unless it is the final balance. This will assist the Trustee in avoiding costly service charges and maximize the benefit to the estateWaiting on Final disbursement from Criminal Court-will do supplemental on last payment -checking with U.S. Truste to close case and the court hold any future payments until restitution is completed | | | | | |
| 55 | Reimburse remainder of insurance (u) | 0.00 | 0.00 | | 84.01 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,834.36 | FA |
| 55 | **Assets Totals** (Excluding unknown values) | **$456,597.09** | **$116,249.11** | | **$59,008.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/23/13 E-Mailed TDR to the U.S. Trustee waiting on Approval to E-File

3/25/06 case reopened summer '05 to receive restitution checks from debtor as per criminal court-not sure how long this will continue

2/1/07 no more checks since summer 06-will check with F Strange obout more money

3/31/2008 Talked to Fran about closing case and let US atty hold proceeds until all funds collected and then reopen

4/16/08 Received another payment

4/27/09 no additional funds received will see about closiing case

03/09/10 Balanced bank statement

3/15/10 trying to find out from US atty if additional restitution will be coming0414/10 Balanced bank statement

05/14/10 Balanced bank statement

06/11/10 Balanced bank statement

12/12/12 closed case filed TFR and will reopen upon receipt of more funds in the future. reserved rights against future restitution

07/20/10 Balanced bank statement

08/19/10 Balanced bank statement

09/10/10 Balanced bank statement

10/10/10 Balanced bank statement

11/12/10 Balanced bank statement

12/10/10 Balanced bank statement

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 97-80149-A07 | **Trustee:** (380350) MARK K. SUTTON | |
| **Case Name:** O'Neal, Richard D | **Filed (f) or Converted (c):** 04/08/98 (c) | |
| O'Neal, Helen C. | **§341(a) Meeting Date:** 06/02/98 | |
| **Period Ending:** 08/27/13 | **Claims Bar Date:** 10/21/98 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

1/5/11 Received a check for restitution

1/11/11  Balanced bank statement

2/08/11  Balanced bank statement

03/11/11 Balanced bank statement

3/20/11 discussion with daughter , he is still working but must be for cash. Still no          more funds received. Might  close and reserve rights to future funds to be received

04/08/11 Balanced bank statement

05/09/11 Balanced bank statement

06/08/11 Balanced Bank Statement

7/11/11 Balanced Bank Statement

08/10/11 Balanced Bank Statement

09/11/11 Balanced Bank Statement

10/7/11Balanced Bank Statement

11/10/11 Balanced Bank Statement

12//09/11 Balanced Bank Statement

01/15/12 Balanced Bank Statement

02/10/12  Balanced Bank Statement

2/26/12 slowly receiving restitution but will close case and reserve rights to restitution payments

3/10/12  Balanced Bank Statement

4/16/12 Balanced Bank Statement

4/27/12 Motion For Authority To Limit Abandonment of Asset hearing set for June 6,  2012 after Order is approved Trustee will proceed to file TFR and will reserve his rights to any future restitution payments and requests that the Criminal Debt Specialist for the U.S. District Court, Western District of Louisiana keep future restitution payments until they reach a balance of $3,000.00 before remitting to the Bankruptcy Estate unless it is the final balance.  This will assist the Trustee in avoiding costly service charges and maximize the benefit to the estateWaiting on Final disbursement from Criminal Court-will do supplemental on last payment -checking with U.S. Truste to close case and the court hold any future payments until restitution is completed

5/11/12 Balanced Bank Statement

6/10/12 Balanced Bank Statement

7/10/12 Balanced Bank Statement

8/13/12 Balanced Bank Statement

9/11/12 Balanced Bank Statement

10/12/12 Balanced Bank Statement

11/12/12 Balanced Bank Statement

12/10/12 Balanced Bank Statement

12/31/12 Balanced Bank Statement

1/10/13 Balanced Bank Statement

2/10/13 Balanced BNY Mellon Bank Statement

2/13/13 Balanced Rabobank Bank Statement

3/12/13 Balanced BNY Mellon Bank Statement

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 97-80149-A07

Case Name:   O'Neal, Richard D
             O'Neal, Helen C.

Period Ending: 08/27/13

Trustee:     (380350)    MARK K. SUTTON

Filed (f) or Converted (c): 04/08/98 (c)

§341(a) Meeting Date:  06/02/98

Claims Bar Date:  10/21/98

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/12/13 Balanced Rabobank Bank Statement

04/09/13 Balanced Both Bank Statements

04/23/13 E-Mailed TDR to the U.S. Trustee waiting on Approval to E-File

Initial Projected Date Of Final Report (TFR):    May 31, 2000        Current Projected Date Of Final Report (TFR):    July 3, 2012 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 97-80149-A07 | |
| Case Name: | O'Neal, Richard D | |
| | O'Neal, Helen C. | |
| Taxpayer ID #: | **-***0932 | |
| Period Ending: | 08/27/13 | |

| | |
|---|---|
| Trustee: | MARK K. SUTTON (380350) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****62-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/04/98 | Int | Chase Bank | | 1270-000 | 71.41 | | 71.41 |
| 08/05/98 | {13} | LA Pacific Corp. | Accounts Receivables | 1129-000 | 17,000.00 | | 17,071.41 |
| 08/31/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.23% | 1270-000 | 4.17 | | 17,075.58 |
| 09/30/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.23% | 1270-000 | 31.33 | | 17,106.91 |
| 10/30/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 31.13 | | 17,138.04 |
| 11/19/98 | 101 | Quick Print | Copies of debtor's records Voided on 11/19/98 | 2990-000 | | ! 48.76 | 17,089.28 |
| 11/19/98 | 101 | Quick Print | Copies of debtor's records Voided: check issued on 11/19/98 | 2990-000 | | ! -48.76 | 17,138.04 |
| 11/19/98 | 102 | Mike Haynes, SRA | Appraisal Services on Debtor's Home | 3712-000 | | 250.00 | 16,888.04 |
| 11/19/98 | 103 | Quick Print | Copies of the Debtor's Records | 2990-000 | | 48.76 | 16,839.28 |
| 11/30/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 28.10 | | 16,867.38 |
| 12/31/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 28.67 | | 16,896.05 |
| 01/29/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 28.72 | | 16,924.77 |
| 02/26/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 25.99 | | 16,950.76 |
| 03/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 28.82 | | 16,979.58 |
| 04/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 27.93 | | 17,007.51 |
| 05/28/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 28.91 | | 17,036.42 |
| 06/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 27.61 | | 17,064.03 |
| 07/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 27.56 | | 17,091.59 |
| 08/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 27.60 | | 17,119.19 |
| 09/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 26.75 | | 17,145.94 |
| 10/29/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 28.30 | | 17,174.24 |
| 11/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 28.25 | | 17,202.49 |
| 12/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 29.24 | | 17,231.73 |
| 01/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 29.21 | | 17,260.94 |
| 02/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1000% | 1270-000 | 27.37 | | 17,288.31 |
| 03/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1000% | 1270-000 | 29.31 | | 17,317.62 |
| 04/28/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.2000% | 1270-000 | 30.31 | | 17,347.93 |
| 05/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 32.45 | | 17,380.38 |
| 06/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 32.80 | | 17,413.18 |
| 07/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 33.95 | | 17,447.13 |
| 08/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 34.02 | | 17,481.15 |
| 09/05/00 | {1} | Joel O'Neal | Purchase of  all the Estates interest in Home | 1110-000 | 34,000.00 | | 51,481.15 |
| 09/05/00 | {1} | Joel O'Neil | Purchase of  all the Estates interest in Home | 1110-000 | 1,000.00 | | 52,481.15 |
| 09/27/00 | 104 | Thomas R. Willson | Fees for Attorney for Trustee | 3210-000 | | 2,617.62 | 49,863.53 |
| 09/27/00 | 105 | Thomas R. Willson | Expenses for Attorney for Trustee | 3220-000 | | 481.57 | 49,381.96 |

| | Subtotals : | $52,779.91 | $3,397.95 | |
|---|---|---|---|---|

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 97-80149-A07 | |
| **Case Name:** | O'Neal, Richard D | |
| | O'Neal, Helen C. | |
| **Taxpayer ID #:** | **-***0932 | |
| **Period Ending:** | 08/27/13 | |

| | |
|---|---|
| **Trustee:** | MARK K. SUTTON (380350) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-****62-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 85.79 | | 49,467.75 |
| 10/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 97.24 | | 49,564.99 |
| 11/09/00 | {55} | Cunningham Agency, Inc. | Remainder of Insurance Premium | 1290-000 | 84.01 | | 49,649.00 |
| 11/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 93.62 | | 49,742.62 |
| 12/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1500% | 1270-000 | 92.91 | | 49,835.53 |
| 01/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 86.36 | | 49,921.89 |
| 02/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.8000% | 1270-000 | 70.35 | | 49,992.24 |
| 03/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.7000% | 1270-000 | 72.92 | | 50,065.16 |
| 04/18/01 | 106 | INTERNAL REVENUE SERVICE CENTER | Taxes owed from tax refunds Voided on 09/28/01 | 2810-000 | | 2,511.00 | 47,554.16 |
| 04/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 69.04 | | 47,623.20 |
| 05/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 68.17 | | 47,691.37 |
| 06/29/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 63.44 | | 47,754.81 |
| 07/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 64.08 | | 47,818.89 |
| 08/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 64.16 | | 47,883.05 |
| 09/18/01 | 107 | Thomas R. Wilson | Fees for Attorney for Trustee | 3210-000 | | 1,891.25 | 45,991.80 |
| 09/18/01 | 108 | Thomas R. Wilson | Expenses for Attorney for Trustee | 3220-000 | | 374.65 | 45,617.15 |
| 09/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.3000% | 1270-000 | 57.68 | | 45,674.83 |
| 09/28/01 | 106 | INTERNAL REVENUE SERVICE CENTER | Taxes owed from tax refunds Voided: check issued on 04/18/01 | 2810-000 | | -2,511.00 | 48,185.83 |
| 10/10/01 | 109 | Mark K. Sutton | Reimbursement for Expenses Voided on 10/12/01 | 2420-000 | | 902.00 | 47,283.83 |
| 10/10/01 | 110 | Roger M. Cunningham, CPA | Accountant for Trustee Voided on 10/12/01 | 3410-000 | | 495.00 | 46,788.83 |
| 10/12/01 | Int | Interest Posting | Current Interest Rate is 1.1500% | 1270-000 | 18.29 | | 46,807.12 |
| 10/12/01 | | To Account #*******6266 | Transfer funds for closing | 9999-000 | | 48,204.12 | -1,397.00 |
| 10/12/01 | 109 | Mark K. Sutton | Reimbursement for Expenses Voided: check issued on 10/10/01 | 2420-000 | | -902.00 | -495.00 |
| 10/12/01 | 110 | Roger M. Cunningham, CPA | Accountant for Trustee Voided: check issued on 10/10/01 | 3410-000 | | -495.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 53,867.97 | 53,867.97 | $0.00 |
| Less: Bank Transfers | | 0.00 | 48,204.12 |
| **Subtotal** | | 53,867.97 | 5,663.85 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$53,867.97** | **$5,663.85** |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 97-80149-A07 | |
| **Case Name:** | O'Neal, Richard D | |
| | O'Neal, Helen C. | |
| **Taxpayer ID #:** | **-***0932 | |
| **Period Ending:** | 08/27/13 | |

| | |
|---|---|
| **Trustee:** | MARK K. SUTTON (380350) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****62-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/00 | {43} | Komatshu Financial | c/s fees for KDC Financial | 1129-000 | 250.00 | | 250.00 |
| 05/31/00 | 101 | Mark K. Sutton | c/s fees for KDC | 8500-002 | | 250.00 | 0.00 |
| 10/12/01 | | From Account #*******6265 | Transfer funds for closing | 9999-000 | 48,204.12 | | 48,204.12 |
| 10/12/01 | 102 | Mark K. Sutton | Reimbursement for Expenses | 2420-000 | | 902.00 | 47,302.12 |
| 10/12/01 | 103 | Roger M. Cunningham, CPA | Accountant for Trustee | 3410-000 | | 495.00 | 46,807.12 |
| 01/02/02 | 104 | U.S. Bankruptcy Court | Dividend paid 100.00% on $300.00, U.S. BANKRUPTCY COURT;  Reference: | 2700-000 | | 300.00 | 46,507.12 |
| 01/02/02 | 105 | MARK K. SUTTON | Dividend paid 100.00% on $5,943.40, FEES-TRUSTEE (CH7);  Reference: | 2100-000 | | 5,943.40 | 40,563.72 |
| 01/02/02 | 106 | MARK K. SUTTON | Dividend paid 100.00% on $367.96, EXP.-TRUSTEE (CH7);  Reference: | 2200-000 | | 367.96 | 40,195.76 |
| 01/02/02 | 107 | U.S. Trustee | Dividend paid 100.00% on $2,500.00, U.S. TRUSTEE'S OFFICE;  Reference: | 2950-000 | | 2,500.00 | 37,695.76 |
| 01/02/02 | 108 | Richard Anderson | Dividend paid 40.13% on $8,775.00, FEES-DEBTOR'S ACCTANT (CH11); Reference: | 6700-000 | | 3,521.27 | 34,174.49 |
| 01/02/02 | 109 | Leach Cast & Steel | Dividend paid 40.13% on $70,300.00, MISCELLANEOUS EXPENSES (CH11); Reference: | 6990-000 | | 28,210.30 | 5,964.19 |
| 01/02/02 | 110 | Dept of the Treasury-IRS | Dividend paid 40.13% on $14,093.48, MISCELLANEOUS EXPENSES (CH11); Reference: | 6990-000 | | 5,655.49 | 308.70 |
| 01/02/02 | 111 | State of Louisiana | Dividend paid 40.13% on $769.28, MISCELLANEOUS EXPENSES (CH11); Reference: | 6990-000 | | 308.70 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 48,454.12 | 48,454.12 | $0.00 |
| Less: Bank Transfers | 48,204.12 | 0.00 | |
| **Subtotal** | 250.00 | 48,454.12 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$250.00** | **$48,454.12** | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 97-80149-A07 | | Trustee: | MARK K. SUTTON (380350) | | |
| Case Name: | O'Neal, Richard D | | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| | O'Neal, Helen C. | | Account: | ***-****62-67 - Money Market Account | | |
| Taxpayer ID #: | **-***0932 | | Blanket Bond: | $1,500,000.00 (per case limit) | | |
| Period Ending: | 08/27/13 | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/05 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 420.00 | | 420.00 |
| 05/06/05 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 140.00 | | 560.00 |
| 05/06/05 | {54} | United States Treasury | Restitution From Debtor | 1290-000 | 140.00 | | 700.00 |
| 05/06/05 | 1001 | U.S. Bankruptcy Court | Reopen Case | 2700-000 | | 155.00 | 545.00 |
| 05/18/05 | {54} | United States Treasury | Restitution From Debto | 1290-000 | 280.00 | | 825.00 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.16 | | 825.16 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.26 | | 825.42 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.29 | | 825.71 |
| 08/25/05 | {54} | United States Treasury | Restitution From Debtor | 1290-000 | 280.00 | | 1,105.71 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.32 | | 1,106.03 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.43 | | 1,106.46 |
| 10/07/05 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 280.00 | | 1,386.46 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.56 | | 1,387.02 |
| 11/02/05 | {54} | US TREASURY | RESTITUTION FROM DEBTOR | 1290-001 | 140.00 | | 1,527.02 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.68 | | 1,527.70 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.76 | | 1,528.46 |
| 01/15/06 | {54} | Unites States Treasury | Restitution from Debtor | 1290-000 | 140.00 | | 1,668.46 |
| 01/15/06 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 140.00 | | 1,808.46 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.89 | | 1,809.35 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.97 | | 1,810.32 |
| 03/28/06 | {54} | IRS | Restitution from Debtor | 1290-000 | 280.00 | | 2,090.32 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.08 | | 2,091.40 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.32 | | 2,092.72 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.42 | | 2,094.14 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.38 | | 2,095.52 |
| 07/19/06 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 140.00 | | 2,235.52 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.46 | | 2,236.98 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.52 | | 2,238.50 |
| 09/14/06 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 220.00 | | 2,458.50 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.48 | | 2,459.98 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.72 | | 2,461.70 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.61 | | 2,463.31 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.56 | | 2,464.87 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.64 | | 2,466.51 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.22 | | 2,467.73 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.31 | | 2,469.04 |
| 04/20/07 | {54} | United State Treasury | Restitution from Debtor | 1290-000 | 560.00 | | 3,029.04 |
| | | | Subtotals : | | $3,184.04 | $155.00 | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 97-80149-A07 | | Trustee: | MARK K. SUTTON (380350) | | |
| Case Name: | O'Neal, Richard D | | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| | O'Neal, Helen C. | | Account: | ***-*****62-67 - Money Market Account | | |
| Taxpayer ID #: | **-***0932 | | Blanket Bond: | $1,500,000.00 (per case limit) | | |
| Period Ending: | 08/27/13 | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.43 | | 3,030.47 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 3,032.14 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.56 | | 3,033.70 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.72 | | 3,035.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 3,037.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.51 | | 3,038.60 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.78 | | 3,040.38 |
| 11/05/07 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 580.00 | | 3,620.38 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.82 | | 3,622.20 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.84 | | 3,624.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.65 | | 3,625.69 |
| 02/22/08 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 200.00 | | 3,825.69 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.74 | | 3,826.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.71 | | 3,827.14 |
| 04/16/08 | {54} | United States Treasury | Restitution from Debtor | 1290-000 | 200.00 | | 4,027.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.54 | | 4,027.68 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.50 | | 4,028.18 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.51 | | 4,028.69 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.51 | | 4,029.20 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.47 | | 4,029.67 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,030.19 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.43 | | 4,030.62 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.31 | | 4,030.93 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 4,031.21 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,031.37 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,031.52 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,031.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,031.85 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,032.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,032.17 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,032.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,032.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,032.65 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,032.81 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,032.98 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,033.15 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,033.30 |
| | | | Subtotals : | | $1,004.26 | $0.00 | |

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 97-80149-A07 |
| **Case Name:** | O'Neal, Richard D |
| | O'Neal, Helen C. |
| **Taxpayer ID #:** | **-***0932 |
| **Period Ending:** | 08/27/13 |

| | |
|---|---|
| **Trustee:** | MARK K. SUTTON (380350) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****62-67 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.15 | | 4,033.45 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.01 | | 4,033.46 |
| 03/02/10 | | Wire out to BNYM account 9200******6267 | Wire out to BNYM account 9200******6267 | 9999-000 | -4,033.46 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 155.00 | 155.00 | $0.00 |
| Less: Bank Transfers | -4,033.46 | 0.00 | |
| **Subtotal** | 4,188.46 | 155.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,188.46** | **$155.00** | |

Exhibit 9

Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 97-80149-A07 |
| Case Name: | O'Neal, Richard D |
| | O'Neal, Helen C. |
| Taxpayer ID #: | **-***0932 |
| Period Ending: | 08/27/13 |

| | |
|---|---|
| Trustee: | MARK K. SUTTON (380350) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****280567 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 97-80149-A07 | |
| **Case Name:** | O'Neal, Richard D | |
| | O'Neal, Helen C. | |
| **Taxpayer ID #:** | **-***0932 | |
| **Period Ending:** | 08/27/13 | |

| | |
|---|---|
| **Trustee:** | MARK K. SUTTON (380350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******62-67 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6267 | Wire in from JPMorgan Chase Bank, N.A. account *******6267 | 9999-000 | 4,033.46 | | 4,033.46 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,033.69 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,033.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,034.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,034.39 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,034.63 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,034.87 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,034.90 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,034.93 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,034.96 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,034.99 |
| 01/25/11 | {54} | United States Treasury | | 1290-000 | 400.00 | | 4,434.99 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,435.02 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,435.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,435.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,435.11 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,435.14 |
| 06/16/11 | {54} | United States Treasury | | 1290-000 | 100.00 | | 4,535.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,535.17 |
| 07/28/11 | | Unites States Treasury | | 1290-010 | 100.00 | | 4,635.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,635.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.70 | 4,626.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,626.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,601.53 |
| 09/16/11 | {54} | United States Treasury | Restitution | 1290-000 | 200.00 | | 4,801.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,801.56 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,776.56 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,776.60 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,751.60 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,751.63 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,726.63 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,726.67 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,701.67 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,701.70 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,676.70 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,651.70 |
| | | | Subtotals : | | $4,835.40 | $183.70 | |

{} Asset reference(s)

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 97-80149-A07 | Trustee: | MARK K. SUTTON (380350) |
| Case Name: | O'Neal, Richard D | Bank Name: | The Bank of New York Mellon |
| | O'Neal, Helen C. | Account: | 9200-******62-67 - Checking Account |
| Taxpayer ID #: | **-***0932 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/27/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,626.70 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,601.70 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,576.70 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,551.70 |
| 11/01/12 | 11002 | Richard Anderson | Dividend paid 44.68% on $8,775.00, Other Professional Fees (Prior Chapter); Reference: Voided on 01/10/13 | 6700-000 | | 400.20 | 4,151.50 |
| 11/01/12 | 11003 | Leach Cast & Steel | Dividend paid 44.68% on $70,300.00, Other Prior Chapter Administrative Expenses; Reference: Voided on 01/10/13 | 6990-000 | | 3,206.14 | 945.36 |
| 11/01/12 | 11004 | Dept of the Treasury-IRS | Dividend paid 44.68% on $14,093.48, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 642.76 | 302.60 |
| 11/01/12 | 11005 | State of Louisiana | Dividend paid 44.68% on $769.28, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 35.08 | 267.52 |
| 11/01/12 | 11006 | MARK K. SUTTON | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 267.52 | 0.00 |
| | | | Dividend paid 100.00%    249.52 on $6,192.92;  Claim# ; Filed: $6,192.92 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    18.00 on $385.96;  Claim# ; Filed: $385.96 | 2200-000 | | | 0.00 |
| 01/10/13 | 11002 | Richard Anderson | Dividend paid 44.68% on $8,775.00, Other Professional Fees (Prior Chapter);  Reference: Voided: check issued on 11/01/12 | 6700-000 | | -400.20 | 400.20 |
| 01/10/13 | 11003 | Leach Cast & Steel | Dividend paid 44.68% on $70,300.00, Other Prior Chapter Administrative Expenses; Reference: Voided: check issued on 11/01/12 | 6990-000 | | -3,206.14 | 3,606.34 |
| 01/10/13 | 11007 | U.S. Bankruptcy Court | Unclaimed Funds | 7100-000 | | 3,606.34 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,835.40 | 4,835.40 | $0.00 |
| Less: Bank Transfers | 4,033.46 | 0.00 | |
| **Subtotal** | **801.94** | **4,835.40** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$801.94** | **$4,835.40** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 97-80149-A07 |
| **Case Name:** | O'Neal, Richard D |
| | O'Neal, Helen C. |
| **Taxpayer ID #:** | **-***0932 |
| **Period Ending:** | 08/27/13 |

| | |
|---|---|
| **Trustee:** | MARK K. SUTTON (380350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******62-67 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****62-65** | 53,867.97 | 5,663.85 | 0.00 |
| **Checking # ***-*****62-66** | 250.00 | 48,454.12 | 0.00 |
| **MMA # ***-*****62-67** | 4,188.46 | 155.00 | 0.00 |
| **Checking # ****280567** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******62-67** | 801.94 | 4,835.40 | 0.00 |
| | $59,108.37 | $59,108.37 | $0.00 |

97-80149 - #343   File 08/27/13   Enter 08/27/13 09:35:02   Main Document   Pg 22 of 22